JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR DEAYON, | NO. CV 08-5566 RSWL (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JAMES WALKER, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 17, 2009.

*RONALD S.W. LEW*

HONORABLE RONALD S.W. LEW
Senior, U.S. District Court Judge